## Commonwealth *v.* Shelton, Appellant.

Submitted January 16, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Nathan Berlant,* for appellant.

*Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 9, 1970:
Order affirmed.